```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA      )
                              )
            v.                ) NO. 09-CR-30001-MAP
                              )
MICHAEL JACQUES               )


### ORDER RE: DRAFT JUROR QUESTIONNAIRE

February 28, 2011

**PONSOR, D.J.**

Attached is a copy of the draft Juror Questionnaire that the court is considering using in connection with jury selection in this case. The court has drafted this questionnaire without consulting proposals from either the government or the Defendant. It is being circulated to permit counsel to review it in preparation for the hearing scheduled for March 2, 2011 at 9:00 a.m.

It is so Ordered.

                              /s/ Michael A. Ponsor
                              MICHAEL A. PONSOR
                              U.S. District Judge


### DRAFT JUROR QUESTIONNAIRE

This questionnaire is being used to assist in jury selection in the above-named case and will be used only for that purpose. There are no right or wrong answers to these questions. Please keep in mind, however, that you are

answering under oath and must be truthful.

The Defendant Michael Jacques is charged with conspiracy against civil rights, damage to religious real property, use of fire to commit a felony, and aiding and abetting, all in connection with a fire that occurred at the Macedonia Church of God in Christ in Springfield on November 4 and 5, 2008. Michael Jacques is a white man and the parishioners of the Macedonia Church of God in Christ are predominantly Black.

1. Testimony in this trial will commence on March 21, 2011 and will proceed on a daily basis, usually 9:00 a.m. to 1:00 p.m., but occasionally also 2:00 p.m. to 5:00 p.m., through April 29, 2011. There will be no trial on April 8 or April 26, 2011.

Having this schedule in mind, do you request to be excused based on your unavailability?

_____  _____
    YES              NO

If you answered "YES" to the preceding question, please explain briefly the reason(s) you will be unavailable.

_____
_____
_____
_____
_____
_____

2. Have you read or heard anything about this case, about the fire at the Macedonia Church of God in Christ, or about the Defendant Michael Jacques from any source, including a newspaper, television or radio, internet, or another person?

_____  _____
    YES              NO

3. If you answered "Yes" to Question 2, would you be able to disregard what you have heard or read and, acting as an impartial juror, decide this case solely on the evidence presented in the courtroom?

_____  _____
YES   NO

If you answered "No" to Question 3, please explain briefly why you do not believe you could act as an impartial juror.

_____

_____

_____

_____

_____

4. As the court has noted, one of the charges against Michael Jacques is that he conspired against the civil rights of other persons. Do you have such strong feelings with regard to claims of civil rights violations, one way or the other, that it would be difficult for you to act as a neutral and impartial juror in this case?

_____  _____
YES   NO

5. Have you, any member of your family, or any close friend, had any negative experience with a person of another race that might compromise your ability to act as a neutral and impartial juror in this case?

_____  _____
YES   NO

**<u>Note</u>: Please note the juror number assigned to you:**

**JUROR NUMBER** _____